**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: Reginald and Kathy Hill — CHAPTER 13
CASE NO:
Debtor(s). — JUDGE:
_______________________________________/

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ **X** ] **FLAT FEE**

A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid **$3,500.00**

B. Prior to filing this statement, received **$0.00**

C. The unpaid balance due and payable is **$3,500.00**

[ ] **RETAINER**

A. Amount of retainer received **$**______

B. The undersigned shall bill against the retainer at an hourly rate not to exceed **$300.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. **$310.00** of the filing fee has bee paid and **$53.00** has been paid for a credit report.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

~~E. Reaffirmations;~~

~~F. Redemptions:~~

5. By agreement with the debtor(s), the above-disclosed fee does NOT include the following services:

**Preparation and filing of amendments, all adjourned hearings for any reason, adversary proceedings, post confirmation phone calls, emails, letters, appointments, status reviews and any work performed on the case after confirmation. All legal services performed by Klimmek & Roose, PLC are billed against the chapter 13 plan at an hourly rate not to exceed $300.00 per hour. The exact hourly rate shall be determined by the market of the Eastern District of Michigan. All costs advanced by Klimmek & Roose, PLC shall also be billed against the chapter 13 plan.**

6. The source of payments to the undersigned was from:

A. _X_ Debtor(s)' earnings, wages, compensation for services performed

B. ____ Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

/s/ Reginald Hill
Debtor

/s/ Kathy Hill
Debtor

Date: 3/3/17

/s/ Tadd R. Klimmek
Klimmek & Roose, PLC
Attorney for Debtor(s)
Tadd R. Klimmek P64616
Adam M. Roose P68893
Patrick M. O'Reilly P70493
29829 Greenfield Rd, Suite 102
Southfield, MI 48076
248-331-1200
klimmekroose@yahoo.com