**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

Reginald E Hill,
Kathy D Hill,
DEBTORS.
_______________________________________/

CHAPTER 13
CASE NO. 17-42939-MBM
JUDGE MARCI B. MCIVOR

# TRUSTEE'S OBJECTION TO APPLICATION FOR PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH THE CHAPTER 13 PLAN FROM 3/13/17 TO 4/18/17

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Application for Payment of Pre-Confirmation Attorney Fees as an Administrative Expense Through the Chapter 13 Plan from 3/13/2017 to 4/18/2017, and in support thereof states as follows:

1. Roose Law, PLC, has filed an application for payment of pre-confirmation attorney fees as an administrative expense. Based on the docket in this case, it does not appear that "Roose Law PLC" has ever been Counsel of record or has otherwise been authorized by this Court to either represent debtors in this case or to receive compensation for services in this case.

2. Debtors' bankruptcy petition filed March 3, 2017 discloses Counsel of record as Klimmek and Roose PLC. On March 3, 2017, Klimmek and Roose PLC filed a Statement for Attorney pursuant to Federal Rule of Bankruptcy Procedure 2016(b). On April 18, 2017, the parties filed a Notice of Substitution of Counsel that Ted Klimmek of Klimmek Law Offices PLC replaced Klimmek and Roose PLC as Counsel for debtors. Klimmek Law Offices PLC filed a State of Attorney for debtors' pursuant to Federal Rule of Bankruptcy Procedure 2016(b) on April 18, 2017.

3. As it does not appear that Roose Law PLC is, or ever was, approved as Counsel of Record for this case, there does not appear to be any basis to award compensation to Roose Law PLC pursuant to 11 U.S.C. Section 327 or 11 U.S.C. Section 330.

4. To the extent that Roose Law PLC has standing to request compensation, awarding Counsel compensation, may result in compensation in this case being excessive and unreasonable under the circumstances of this case. This Court has not yet determined appropriate compensation for Klimmek Law Offices PLC for services rendered through confirmation of debtor's Chapter 13 Plan and has not had the opportunity to determine whether the services for which Roose Law PLC seeks compensation are duplicative of or redundant with services for which Klimmek Law Office PLC will also seek compensation. In light of the danger of duplicate charges for the same services, if Roose Law PLC has standing to seek compensation, this Court should consider the application

of Roose Law PLC and any application filed by Klimmek Law Office PLC to ensure that compensation is not awarded for duplication of services.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court review the Application for Compensation filed by Counsel to determine reasonable compensation for services rendered in this case consistent with the requirements of 11 U.S.C. Section 327 and 11 U.S.C. Section 330 and grant such other relief as the Court deems just and appropriate under the circumstances.

OFFICE OF DAVID WM. RUSKIN, STANDING
CHAPTER 13 TRUSTEE

Dated: May 8, 2017

By: ______/s/ Thomas D. DeCarlo___________
DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

Reginald E Hill,
Kathy D Hill,
DEBTORS.
_______________________________________/

CHAPTER 13
CASE NO. 17-42939-MBM
JUDGE MARCI B. MCIVOR

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO APPLICATION FOR PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH THE CHAPTER 13 PLAN FROM 3/13/17 TO 4/18/17**

I hereby certify that on May 8, 2017, I electronically filed the Trustee's Objection to Application for Payment of Pre-Confirmation Attorney Fees as an Administrative Expense Through the Chapter 13 Plan from 3/13/2017 to 4/18/2017 with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

KLIMMEK LAW OFFICE PLC
7479 MIDDLEBELT MIDDLEBELT RD STE 2
WEST BLOOMFIELD, MI 48322-0000

"There are not three additional days to act under Fed. R. Bankr. P. 9006(f)."

______/s/ Vanessa Wild_______________
Vanessa Wild
For the Office of David Wm. Ruskin
Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755